MICHAEL N. FEUER, SBN 111529
City Attorney
JAMES P. CLARK, SBN 64780
Chief Deputy City Attorney
LEELA A. KAPUR, SBN 125548
Executive Assistant City Attorney
VALERIE L. FLORES, SBN 138572
Managing Senior Assistant City Attorney
MICHAEL DUNDAS, SBN 226930
DANIA MINASSIAN, SBN 198928
Deputy City Attorney
200 North Main Street, City Hall East
Suite 800
Los Angeles, California 90012
james.p.clark@lacity.org
Telephone: (213) 978-8344
Facsimile: (213) 978-8312

MITCHELL A. KAMIN, SBN 202788
NEEMA T. SAHNI, SBN 274240
Covington & Burling LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067-4643
mkamin@cov.com
Telephone:  (424) 332-4800
Facsimile:  (424) 332-4749

DAVID M. ZIONTS, *pro hac vice*
application forthcoming
IVANO M. VENTRESCA, *pro hac vice*
application forthcoming
BENJAMIN L. CAVATARO, *pro hac
vice* application forthcoming
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
dzionts@cov.com
Telephone:  (202) 662-6000
Facsimile:  (202) 662-5987

*Attorneys for Plaintiff City of Los Angeles*

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LOS ANGELES,<br><br>        Plaintiff,<br><br>    v.<br><br>JEFFERSON B. SESSIONS, III, in his official capacity as Attorney General of the United States; LAURA ROGERS, in her official capacity as Acting Principal Deputy Assistant Attorney General of the Office of Justice Programs; UNITED STATES DEPARTMENT OF JUSTICE,<br><br>        Defendants. | Case No.: 2:18-cv-7347 PA (MRWx)<br><br>**CERTIFICATE OF SERVICE** |

I, Thomas Spath, declare as follows:

I am employed with the law firm of Covington & Burling LLP, whose address is 1999 Avenue of the Stars, Ste. 3500, Los Angeles, California 90067-4643. I am over the age of eighteen years and not a party to this action.

On August 22, 2018, I caused to be served the following documents described as:

1. **SUMMONS IN A CIVIL ACTION [UNITED STATES DEPARTMENT OF JUSTICE];**

2. **COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF;**

3. **CIVIL COVER SHEET;**

4. **NOTICE OF RELATED CIVIL CASES;**

5. **NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; and**

6. **NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM**

on the following person(s) in this action:

[ ]   **BY CM/ECF:** I caused such document(s) to be served electronically pursuant to the U.S. District Court's Electronic Case Filing Program to be delivered electronically to those parties in this action who have registered to be E-Filers.

[ ]   **BY MESSENGER/PERSONAL SERVICE:** I caused such document(s) to be served on this date to the parties at the addresses listed below by providing them to a professional messenger service for same-day hand-delivery service:

[x]   **BY CERTIFIED MAIL:** I caused such document(s) to be served on this date to the parties at the addresses listed below by placing them in sealed envelopes and

mailing them <u>Certified Mail - Return Receipt Requested</u> and depositing with the

United States Postal Service on the same day in the ordinary course of business:

> United States Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530-0001

I declare under penalty of perjury that the foregoing is true and correct.  Executed

at Los Angeles, California on August 22, 2018.


By: _____
        THOMAS SPATH

CERTIFICATE OF SERVICE

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC. 20530-0001

9590 9402 3788 8032 2443 55

2. Article Number *(Transfer from service label)*

7017 2400 0000 9420 1634

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X   ☐ Agent
    ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)      $ _____
☐ Return Receipt (electronic)    $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required       $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$
Total
$

Sent

United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC. 20530-0001

Street

City;

7017 2400 0000 9420 1634

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 3788 8032 2443 55

**United States**
**Postal Service**

° Sender: Please print your name, address, and ZIP+4® in this box°

Tom Spath
Covington & Burling LLP
1999 Avenue of the Stars
Suite 3500
Los Angeles. CA. 90067

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. | A. Signature |
| ■ Print your name and address on the reverse so that we can return the card to you. | X                    □ Agent    □ Addressee |
| ■ Attach this card to the back of the mailpiece, or on the front if space permits. | B. Received by (Printed Name)    C. Date of Delivery |

1. Article Addressed to:

United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC. 20530-0001

D. Is delivery address different from item 1?  □ Yes
If YES, enter delivery address below:  □ No

AUG 3 0 2018

9590 9402 3788 8032 2443 55

| 3. Service Type | □ Priority Mail Express® |
|---|---|
| □ Adult Signature | □ Registered Mail™ |
| □ Adult Signature Restricted Delivery | □ Registered Mail Restricted Delivery |
| ☒ Certified Mail® | |
| □ Certified Mail Restricted Delivery | ☒ Return Receipt for Merchandise |
| □ Collect on Delivery | □ Signature Confirmation™ |
| □ Collect on Delivery Restricted Delivery | □ Signature Confirmation Restricted Delivery |
| □ Insured Mail | |

2. Article Number (Transfer from service label)

7017 2400 0000 9420 1634

☐ll Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

MICHAEL N. FEUER, SBN 111529
City Attorney
JAMES P. CLARK, SBN 64780
Chief Deputy City Attorney
LEELA A. KAPUR, SBN 125548
Executive Assistant City Attorney
VALERIE L. FLORES, SBN 138572
Managing Senior Assistant City Attorney
MICHAEL DUNDAS, SBN 226930
DANIA MINASSIAN, SBN 198928
Deputy City Attorney
200 North Main Street, City Hall East
Suite 800
Los Angeles, California 90012
james.p.clark@lacity.org
Telephone: (213) 978-8344
Facsimile: (213) 978-8312

MITCHELL A. KAMIN, SBN 202788
NEEMA T. SAHNI, SBN 274240
Covington & Burling LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067-4643
mkamin@cov.com
Telephone:  (424) 332-4800
Facsimile:  (424) 332-4749

DAVID M. ZIONTS, *pro hac vice*
application forthcoming
IVANO M. VENTRESCA, *pro hac vice*
application forthcoming
BENJAMIN L. CAVATARO, *pro hac
vice* application forthcoming
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
dzionts@cov.com
Telephone: (202) 662-6000
Facsimile:  (202) 662-5987

*Attorneys for Plaintiff  City of Los Angeles*

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

CITY OF LOS ANGELES,

    Plaintiff,

    v.

JEFFERSON B. SESSIONS, III, in his
official capacity as Attorney General of the
United States; LAURA ROGERS, in her
official capacity as Acting Principal Deputy
Assistant Attorney General of the Office of
Justice Programs; UNITED STATES
DEPARTMENT OF JUSTICE,

    Defendants.

Case No.: 2:18-cv-7347 PA (MRWx)

**CERTIFICATE OF SERVICE**

I, Thomas Spath, declare as follows:

I am employed with the law firm of Covington & Burling LLP, whose address is 1999 Avenue of the Stars, Ste. 3500, Los Angeles, California 90067-4643.  I am over the age of eighteen years and not a party to this action.

On August 23, 2018, I caused to be served the following documents described as:

1.  **SUMMONS IN A CIVIL ACTION [UNITED STATES DEPARTMENT OF JUSTICE];**

2.  **SUMMONS IN A CIVIL ACTION [JEFFERSON B. SESSIONS, III];**

3.  **SUMMONS IN A CIVIL ACTION [LAURA ROGERS];**

4.  **COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF;**

5.  **CIVIL COVER SHEET;**

6.  **NOTICE OF RELATED CIVIL CASES;**

7.  **NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;**

8.  **NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; and**

9.  **STANDING ORDER [PERCY ANDERSON, UNITED STATES DISTRICT JUDGE]**

on the following person(s) in this action:

[ ]  **BY CM/ECF:** I caused such document(s) to be served electronically pursuant to the U.S. District Court's Electronic Case Filing Program to be delivered electronically to those parties in this action who have registered to be E-Filers.

**[x]** **BY MESSENGER/PERSONAL SERVICE:** I caused such document(s) to be served on this date to the parties at the addresses listed below by providing them to a professional messenger service for same-day hand-delivery service:

       Nicola T. Hanna
       c/o Civil Process Clerk
       United States Attorney's Office
       Central District of California
       300 North Los Angeles Street, Suite 7516
       Los Angeles, California 90012

**[x]** **BY CERTIFIED MAIL:** I caused such document(s) to be served on this date to the parties at the addresses listed below by placing them in sealed envelopes and mailing them <u>Certified Mail - Return Receipt Requested</u> and depositing with the United States Postal Service on the same day in the ordinary course of business:

       United States Department of Justice
       950 Pennsylvania Avenue, NW
       Washington, DC 20530-0001

I declare under penalty of perjury that the foregoing is true and correct.  Executed at Los Angeles, California on August 23, 2018.

By: _____
         THOMAS SPATH

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington DC 20530-0001 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 9590 9402 3784 8032 8673 50 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (*Transfer from service label*)<br>7017 2400 0000 9420 1627 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

8/23/18

For delivery information, visit our website at *www.usps.com®.*

O F F I C I A L   U S E

Certified Mail Fee
$

Extra Services & Fees (*check box, add fee as appropriate*)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total P
$

Sent To

United States Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530-0001

Street
City, St

Postmark
Here

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

CERTIFIED MAIL
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7017 2400 0000 9420 1627

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530-0001

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 3784 8032 8673 50

2. Article Number (Transfer from service label)

7017 2400 0000 9420 1627

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ _____ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



USPS TRACKING #

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 3784 8032 8673 50

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Tom Spath
Covington & Burling LLP
1999 Avenue of the Stars
Suite 3500
Los Angeles, CA. 90067

MITCHELL A. KAMIN, ESQ.                                    SBN: 202788
COVINGTON & BURLING LLP
1999 AVENUE OF THE STARS   LOS ANGELES, CA 90067
Attorney For: PLAINTIFF

TELEPHONE NO.: **(424) 332-4800**          FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*

FOR COURT USE ONLY

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

STREET ADDRESS: **312 NORTH SPRING STREET**
MAILING ADDRESS:
CITY AND ZIP CODE: **LOS ANGELES, CA 90012**
BRANCH NAME: **WESTERN DIVISION**

PLAINTIFF *(name each):* CITY OF LOS ANGELES
DEFENDANT *(name each):* JEFFERSON B. SESSIONS, III, ETC.

| | HEARING DATE: | TIME: | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|
| **PROOF OF DELIVERY** | | | | **990999.11111** |

CASE NUMBER:
**2:18-CV-07347PA(MRWX)**

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:

**See attachment page for document list.**

NAME OF PARTY:   **NICOLA T. HANNA**

DELIVERED TO:   **GENOVEVA ORTEGA - LEGAL ASSISTANT**

DATE & TIME OF DELIVERY:   **08/23/2018**
**04:20 pm**

ADDRESS, CITY, AND STATE:

**300 NORTH LOS ANGELES, SUITE 7516**
**LOS ANGELES, CA 90012**

MANNER OF SERVICE:
**Delivery to a Business:  Service was made by delivery to the business office; or by leaving the document(s) with his clerk over the age of 18 therein; or with a person having charge thereof; or if there was no such person in the office, by leaving them between the hours of nine in the morning and five in the afternoon, in a conspicuous place in the office. [CCP 1011]**

Fee for Service:
NATIONWIDE LEGAL   County:  **LOS ANGELES**
Registration No.:  **2015-085805**
**Nationwide Legal, LLC (12-234648)**
**1609 James M. Wood Blvd., 2nd Fl**
**Los Angeles, CA 90015**
**(213) 249-9999**
**Ref: 990999.11111**

I declare under penalty of perjury under the laws of The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **August 29, 2018**.

Signature: _____
**DION JONES**

**PROOF OF HAND DELIVERY**          **Order#: 1122696/DROPSERVE**

Nationwide Legal, LLC (12-234648)

1609 James M. Wood Blvd., 2nd Fl
Los Angeles, CA 90015
Phone: (213) 249-9999   Fax: (213) 249-9990

Continued from Proof of Service

**CASE #:**   2:18-CV-07347PA(MRWX)                    **DATE:** August 29, 2018

**CASE NAME:**   CITY OF LOS ANGELES VS. JEFFERSON B. SESSIONS, III, ETC.

**SUMMONS IN A CIVIL ACTION TO JEFFERSON B. SESSIONS, III, ATTORNEY GENERAL;SUMMONS IN A CIVIL ACTION TO LAURA ROGERS;SUMMONS IN A CIVIL ACTION TO UNITED STATES DEPARTMENT OF JUSTICE;COMPLAINT;CIVIL COVER SHEET; NOTICE OF RELATED CIVIL CASES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ALTERNATIVE DISPUTE RESOLUTION (ADR); STANDING ORDER**

MITCHELL A. KAMIN, ESQ.  SBN: 202788
COVINGTON & BURLING LLP
1999 AVENUE OF THE STARS
LOS ANGELES, CA 90067
(424) 332-4800

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CITY OF LOS ANGELES | **CASE NUMBER:** 2:18-CV-07347-PA-MRW |
| v. | **PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |
| JEFFERSON B. SESSIONS, III, ETC., ET AL. | |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. ☒ summons      ☐ first amended complaint      ☐ third party complaint
   ☒ complaint      ☐ second amended complaint      ☐ counter claim
   ☐ alias summons      ☐ third amended complaint      ☐ cross claim
   ☒ other **SEE ATTACHED DOCUMENT LIST**

2. **Person served:**

   a. ☒ Defendant *(name:)* **UNITED STATES DEPARTMENT OF JUSTICE**
   b. ☒ Other *(specify name and title or relationship to the party/business named):*
      **PAT MYLES - PROCESS CLERK**
   c. ☒ Address where the papers were served: **300 NORTH LOS ANGELES STREET, SUITE 7516**
      **LOS ANGELES, CA 90012**

3. **Manner of Service** in compliance with *(the appropriate box must be checked):*

   a. ☒ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. ☒ By **Personal Service.** By personally delivering copies.  If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. ☒ **Papers were served on** *(date:)* 08/29/2018 at *(time:)*  04:40 pm

   b. ☐ By **Substituted Service.** By leaving copies:

      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☐ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☐ **Papers were served on** *(date:)* at *(time:)*

      4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. ☐ **papers were mailed on**

      6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

   c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

**Nationwide Legal, LLC (12-234648)**

1609 James M. Wood Blvd., 2nd Fl

Los Angeles, CA 90015

Phone: (213) 249-9999   Fax: (213) 249-9990

Continued from Proof of Service

**CASE #:**   2:18-CV-07347-PA-MRW                    **DATE:** August 31, 2018

**CASE NAME:**   CITY OF LOS ANGELES VS. JEFFERSON B. SESSIONS, III, ETC., ET AL.

**summons;complaint;CIVIL COVER SHEET; NOTICE OF RELATED CIVIL CASES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; STANDING ORDER; ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05 (RELATED CASES); ORDER RE: NOTICE TO COUNSEL**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity.  (F.R.Civ.P. 4(h))** **(C.C.P. 416.10)**  By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity.** **(C.C.P. 415.20 only)**  By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20  Substitute service upon the California Secretary of State requires a court order.  **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.**  In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.**  By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served.  **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other**  (specify code section and type of service):

5.  Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☒ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of

     the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

     Name of person served: **PAT MYLES**

     Title of person served: **PROCESS CLERK**

     Date and time of service: *(date):* **August 29, 2018**  at *(time):*  **04:40 pm**

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States  at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation**(Attach signed return receipt or other evidence of actual receipt by the person served).**

6.  At the time of service I was at least 18 years of age and not a party to this action.

7.  Person serving *(name, address and telephone number):*

| | |
|---|---|
| NATIONWIDE LEGAL **DION JONES**<br>**Nationwide Legal, LLC (12-234648)**<br>**1609 James M. Wood Blvd., 2nd Fl**<br>**Los Angeles, CA 90015**<br>**(213) 249-9999** | a. Fee for service: $ **.00**<br><br>b. ☐ Not a registered California process server<br><br>c. ☐ Exempt from registration under B&P 22350(b)<br><br>d. ☒ Registered California process server<br>    Registration # :**2015-085805**<br>    County: **LOS ANGELES** |

8.  ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **August 31, 2018**   _____
                         **DION JONES**
                   *Type or Print Server's Name*                                *(Signature)*

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**