JOSEPH H. HUNT
Assistant Attorney General
NICOLA T. HANNA
United States Attorney
JOHN R. TYLER
Assistant Branch Director
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel
Department of Justice, Civil Division
318 South Sixth Street, Room 244
Springfield, Illinois 62701
Telephone:  (202) 514-3495
Facsimile:   (217) 492-4888
E-mail:        scott.simpson@usdoj.gov

COUNSEL FOR DEFENDANTS

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITY OF LOS ANGELES,<br><br>             Plaintiff,<br><br>    v.<br><br>WILLIAM P. BARR, Attorney General of the United States, *et al*.,<br><br>            Defendants. | Case No. 2:18-cv-07347-R-JC<br><br>**DEFENDANTS' NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that the defendants hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Order Granting Plaintiff's Motion for Partial Summary Judgment and Denying Defendants' Motion for Partial Dismissal or Partial Summary Judgment of February 15, 2019 (Docket No. 62), entering a permanent injunction against the use of certain grant conditions

in the Edward Byrne Memorial Justice Assistance Grant Program and the Gang Suppression Planning Grants Program for Fiscal Year 2018.

Dated: March 13, 2019

    Respectfully submitted,

    JOSEPH H. HUNT
    Assistant Attorney General

    NICOLA T. HANNA
    United States Attorney

    JOHN R. TYLER
    Assistant Branch Director

    /s/ W. Scott Simpson

    W. SCOTT SIMPSON (Va. Bar #27487)
    Senior Trial Counsel

    Department of Justice, Civil Division
    318 South Sixth Street, Room 244
    Springfield, Illinois 62701
    Telephone: (202) 514-3495
    Facsimile: (217) 492-4888
    E-mail: scott.simpson@usdoj.gov

    COUNSEL FOR DEFENDANTS