JOSEPH H. HUNT
Assistant Attorney General
NICOLA T. HANNA
United States Attorney
JOHN R.  TYLER
Assistant Branch Director
DANIEL D. MAULER (Va.  Bar No.: 73190)
Trial Attorney
U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, NW
Washington, D.C.  20005
Telephone:    (202) 616-0773
Facsimile:     (202) 616-8470
E-mail:          dan.mauler@usdoj.gov
COUNSEL FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

CITY OF LOS ANGELES,

                           Plaintiff,

            v.

WILLIAM P. BARR, Attorney
General of the United States, *et al.*,

                           Defendants.

Case No.  2:18-cv-07347-R-JC

**DEFENDANTS' NOTICE OF ATTORNEY APPEARANCE AND SUBSTITUTION**

**NOTICE OF ATTORNEY APPEARANCE AND SUBSTITUTION**

          PLEASE TAKE NOTICE that Daniel D. Mauler, Trial Attorney, U.S.

Department of Justice, hereby enters his appearance in place of W. Scott Simpson, on

behalf of Defendants, William P. Barr, in his official capacity as Attorney General of

1  the United States; Matt M. Dummermuth, in his official capacity as Principal Deputy

2  Assistant Attorney General of the Office of Justice Programs; and the United States

3  Department of Justice (collectively, the "Defendants").  Mr. Mauler will handle this

4  matter going forward.

5

6

7                                   Respectfully submitted,

8                                   JOSEPH H. HUNT
                                    Assistant Attorney General
9

10                                  NICOLA T. HANNA
                                    United States Attorney
11

12                                  JOHN R.  TYLER
                                    Assistant Branch Director
13

14                                  /s/ Daniel D. Mauler

15                                  _____
                                    DANIEL D. MAULER
16                                  (Va.  Bar No.: 73190)
                                    Trial Attorney
17                                  U.S. Department of Justice
                                    Civil Division - Federal Programs Branch
18                                  1100 L Street, NW
                                    Washington, D.C.  20005
19                                  Telephone: (202) 202-616-0773
                                    Facsimile:   (202) 616-8470
20
                                    E-mail:      dan.mauler@usdoj.gov
21
22                                  COUNSEL FOR DEFENDANTS

23

24

25

26

27

28