# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LOS ANGELES, | Case No. 2:18-cv-07347-R-JC |
| Plaintiff, | |
| v. | **ORDER FOR PARTIAL STAY OF INJUNCTION PENDING APPEAL** |
| WILLIAM P. BARR, Attorney General of the United States, *et al.*, | |
| Defendants. | |

On February 15, 2019, this Court entered a nationwide permanent injunction against certain grant requirements in the Gang Suppression Planning Grants Program ("Gang Suppression program") and the Edward Byrne Memorial Justice Assistance Grant Program ("Byrne JAG Program") for Fiscal Year 2018. Dkt. No. 62. The defendants filed a notice of appeal. Dkt. No. 63.

The Court has reviewed and considered the Motion for Partial Stay of Injunction Pending Appeal filed by the defendants, Dkt. No. 64, as well as plaintiff's Statement of Nonopposition to Defendants' Motion for a Partial Stay of Permanent Injunction Pending Appeal, Dkt. No. 67.

The Court concludes that defendants' Motion for Partial Stay of Injunction Pending Appeal should be, and it hereby is, GRANTED. Accordingly, upon good

cause shown, IT IS HEREBY ORDERED, that (1) this Court's injunction of the challenged requirements in the Gang Suppression program for FY 2018 is hereby STAYED in its entirety pending appeal, and (2) this Court's injunction of the challenged requirements in the Byrne JAG Program for FY 2018 is hereby STAYED pending appeal, except in relation to the plaintiff.

IT IS SO ORDERED.

Dated:  April 19, 2019

                    MANUEL L. REAL
              UNITED STATES DISTRICT JUDGE