# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LOS ANGELES,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM P. BARR, Attorney General of the United States, *et al.*,<br><br>    Defendants. | Case No. 2:18-cv-07347-R-JC<br><br>**ORDER ON JOINT MOTION FOR INDICATIVE RULING** |

    On February 15, 2019, this Court entered a nationwide permanent injunction against certain grant requirements in the Gang Suppression Planning Grants Program ("Gang Suppression program") and the Edward Byrne Memorial Justice Assistance Grant Program ("Byrne JAG Program") for Fiscal Year 2018. Dkt. No. 62. The defendants filed a notice of appeal. Dkt. No. 63.

    The Court has reviewed and considered the parties' Joint Motion for Indicative Ruling under Federal Rule of Civil Procedure 62.1. Dkt. No. 69. The Court concludes that the parties' motion should be, and it hereby is, GRANTED. Accordingly, upon good cause shown, IT IS HEREBY ORDERED, that if the Court of Appeals were to enter a limited remand of the injunction against the Gang Suppression requirements, this Court would vacate that aspect of the injunction that

concerns the Gang Suppression requirements to allow the parties to engage in further motion practice regarding those requirements. Nothing in this order affects the aspect of the Court's injunction that concerns the Byrne JAG Program.

IT IS SO ORDERED.

Dated:  May 10, 2019

                              MANUEL L. REAL
                        UNITED STATES DISTRICT JUDGE