UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 20 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CITY OF LOS ANGELES,<br><br>       Plaintiff-Appellee,<br><br>v.<br><br>WILLIAM P. BARR, Attorney General, in his official capacity as Attorney General of the United States; et al.,<br><br>       Defendants-Appellants. | No.   19-55314<br><br>D.C. No. 2:18-cv-07347-R-JC<br>Central District of California,<br>Los Angeles<br><br>ORDER |

The parties' joint motion (Docket Entry No. 13) for a limited remand is granted. *See* Fed. R. App. P. 12.1(b). This appeal is remanded to the district court for the limited purpose of enabling the district court to consider the parties' joint motion for vacatur.

Within 60 days after the date of this order or within 7 days after the district court's ruling on the motion for vacatur, whichever occurs first, either (1) the parties' shall file a report on the status of district court proceedings and motion for appropriate relief; or (2) appellants shall file the opening brief. The filing of the opening brief or the failure to file a status report will terminate the limited remand.

If the opening brief is filed, the answering brief will be due August 19, 2019. The optional reply brief is due within 21 day after service of the answering brief.

The parties' joint motion (Docket Entry No. 12) to stay appellate

SM/Pro Mo 5/13/2019

proceedings is denied without prejudice to refiling a renewed motion upon termination of the limited remand.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Samantha Miller
Deputy Clerk
Ninth Circuit Rule 27-7