JOSEPH H. HUNT
Assistant Attorney General
NICOLA T. HANNA
United States Attorney
JOHN R. TYLER
Assistant Branch Director
DANIEL D. MAULER (Va. Bar #73190)
Trial Attorney
Department of Justice, Civil Division
1100 L Street, NW
Washington, DC 20005
Telephone:  (202) 616-0773
Facsimile:  (202) 616-8470
E-mail:     dan.mauler@usdoj.gov

COUNSEL FOR DEFENDANTS

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LOS ANGELES,<br><br>                    Plaintiff,<br><br>        v.<br><br>WILLIAM P. BARR, Attorney General of the United States, *et al.*,<br><br>                    Defendants. | Case No. 2:18-cv-07347-R-JC<br><br>**NOTICE OF MOTION AND JOINT MOTION TO PARTIALLY VACATE JUDGMENT PURSUANT TO FED. R. CIV P. 60(b); MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Date:    June 17, 2019<br>Time:    10:00 a.m. |

**NOTICE OF MOTION AND JOINT MOTION BY PLAINTIFFS AND GOVERNMENT DEFENDANTS TO VACATE JUDGMENT PURSUANT TO FED. R. CIV P. 60(b)**

PLEASE TAKE NOTICE that on June 17, 2019, at 10:00 a.m., or as soon thereafter as counsel may be heard, if a hearing is deemed necessary, before The Honorable Manuel L. Real, in Courtroom 880 on the Eighth Floor of the Edward R. Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, the plaintiff and the defendants will jointly move, and hereby do move, to partially vacate the order and injunction entered in this case on February 15, 2019 (ECF No. 62), pursuant to Fed. R. Civ. P. 60(b), solely to the extent the order and injunction relate to the Gang Suppression Planning Grants Program for Fiscal Year 2018.[1]

This joint motion is based on the following Memorandum of Points and Authorities, the evidence and records on file in this action, and any other written or oral evidence or argument that may be presented at or before the time this motion is heard by the Court.

Dated:  May 31, 2019

Respectfully submitted,

| | |
|---|---|
| MICHAEL N. FEUER, SBN 111529<br>City Attorney | JOSEPH H. HUNT<br>Assistant Attorney General |
| /s/ Neema T. Sahni<br>JAMES P. CLARK, SBN 64780<br>Chief Deputy City Attorney<br>LEELA A. KAPUR, SBN 125548<br>Executive Assistant City Attorney<br>VALERIE L. FLORES, SBN 138572<br>Managing Senior Assistant City Attorney<br>MICHAEL DUNDAS, SBN 226930 | NICOLA T. HANNA<br>United States Attorney<br><br>JOHN R. TYLER<br>Assistant Director<br><br>/s/ Daniel D. Mauler<br>DANIEL D. MAULER |

---

[1] The parties are not requesting any relief herein that would affect the aspect of the Court's injunction that concerns the Byrne JAG program.

| | |
|---|---|
| Deputy City Attorney | (Va. Bar #73190) |
| | Trial Attorney |
| 200 North Main Street, City Hall East | |
| Suite 800 | Department of Justice, Civil Division |
| Los Angeles, California 90012 | 1100 L Street, NW |
| Telephone: (213) 978-8344 | Washington, DC 20005 |
| Facsimile:  (213) 978-8312 | Telephone: (202) 616-0773 |
| Email:       james.p.clark@lacity.org | Facsimile:  (202) 616-8470 |
| | E-mail:       dan.mauler@usdoj.gov |
| MITCHELL A. KAMIN, | |
| SBN 202788 | COUNSEL FOR DEFENDANTS |
| NEEMA T. SAHNI, SBN 274240 | |
| JESSICA R. HANSON, SBN 313247 | |
| Covington & Burling LLP | |
| 1999 Avenue of the Stars, Suite 3500 | |
| Los Angeles, California 90067-4643 | |
| Telephone:  (424) 332-4800 | |
| Facsimile:   (424) 332-4749 | |
| E-mail:        mkamin@cov.com | |

DAVID M. ZIONTS, *pro hac vice*
IVANO M. VENTRESCA, *pro hac vice*
BENJAMIN CAVATARO, *pro hac vice*
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone:  (202) 662-6000
Facsimile:   (202) 662-5987
Email:         dzionts@cov.com

COUNSEL FOR PLAINTIFF

2

# MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff City of Los Angeles and Defendants William P. Barr, in his official capacity as Attorney General; Matt Dummermuth, in his official capacity as Principal Deputy Assistant Attorney General of the Office of Justice Programs; and the U.S. Department of Justice (collectively, the "Parties") respectfully move that this Court, pursuant to Fed. R. Civ. P. 60(b), partially vacate its Order of February 15, 2019 (ECF No. 62) solely as to that aspect of the Order which relates to the Gang Suppression Grant Program.

The grounds for this joint motion for vacatur are set forth in the Joint Motion For Indicative Ruling Under Fed. R. Civ. P. 62.1 ("Joint Indicative Ruling Motion"), ECF 69. In granting the Parties' motion for an indicative ruling, this Court stated that, should this case be remanded by the Court of Appeals for purposes of ruling on a motion for such vacatur pursuant to Rule 60(b), the Court would grant the vacatur motion. Order, May 10, 2019, ECF No. 74. On May 20, 2019, the Court of Appeals remanded this case for the purpose of allowing this Court to rule on the moving parties' vacatur motion. *See* Order, ECF 75. Accordingly, the moving parties respectfully request that, in accordance with its May 10, 2019, Order, and for the reasons specified in the moving parties' Joint Indicative Ruling Motion, the Court grant partial vacatur of its February 15, 2019 Order and the resulting injunction solely as they relate to the Gang Suppression Grant Program.

# CONCLUSION

For the reasons set forth in the moving parties' Joint Motion For Indicative Ruling, and as the Court indicated it would rule upon remand of this matter, the moving parties respectfully request that the Court, pursuant to Fed. R. Civ. P. 60(b), partially vacate its February 15, 2019 Order and resulting injunction, solely as they relate to the Gang Suppression Grant Program, without prejudice to reinstatement after further motion practice regarding those requirements.

Dated:  May 31, 2019

Respectfully submitted,

| | |
|---|---|
| MICHAEL N. FEUER, SBN 111529<br>City Attorney | JOSEPH H. HUNT<br>Assistant Attorney General |
| /s/ Neema T. Sahni<br>JAMES P. CLARK, SBN 64780<br>Chief Deputy City Attorney<br>LEELA A. KAPUR, SBN 125548<br>Executive Assistant City Attorney<br>VALERIE L. FLORES, SBN 138572<br>Managing Senior Assistant City Attorney<br>MICHAEL DUNDAS, SBN 226930<br>Deputy City Attorney<br><br>200 North Main Street, City Hall East<br>Suite 800<br>Los Angeles, California 90012<br>Telephone: (213) 978-8344<br>Facsimile:  (213) 978-8312<br>Email:     james.p.clark@lacity.org<br><br>MITCHELL A. KAMIN,<br>SBN 202788<br>NEEMA T. SAHNI, SBN 274240<br>JESSICA R. HANSON, SBN 313247 | NICOLA T. HANNA<br>United States Attorney<br><br>JOHN R. TYLER<br>Assistant Director<br><br> /s/ Daniel D. Mauler<br>DANIEL D. MAULER<br>(Va. Bar #73190)<br>Trial Attorney<br><br>Department of Justice, Civil Division<br>1100 L Street, NW<br>Washington, DC 20005<br>Telephone: (202) 616-0773<br>Facsimile:   (202) 616-8470<br>E-mail:     dan.mauler@usdoj.gov<br><br>COUNSEL FOR DEFENDANTS |

Covington & Burling LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067-4643
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
E-mail: mkamin@cov.com

DAVID M. ZIONTS, *pro hac vice*
IVANO M. VENTRESCA, *pro hac vice*
BENJAMIN CAVATARO, *pro hac vice*
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-5987
Email: dzionts@cov.com

COUNSEL FOR PLAINTIFF

ATTESTATION OF SIGNATURES

I, Daniel D. Mauler, hereby attest, pursuant to Local Civil Rule 5-4.3.4(a)(2) of the Central District of California, that all signatories identified on this document concur in the document's content and have authorized its filing.

/s/ Daniel D. Mauler
DANIEL D. MAULER (Va. Bar #73190)
Trial Attorney
COUNSEL FOR DEFENDANTS