JOSEPH H. HUNT
Assistant Attorney General
NICOLA T. HANNA
United States Attorney
JOHN R. TYLER
Assistant Branch Director
DANIEL D. MAULER (Va. Bar #73190)
Trial Attorney
Department of Justice, Civil Division
1100 L Street, NW
Washington, DC 20005
Telephone:  (202) 616-0773
Facsimile:  (202) 616-8470
E-mail:  dan.mauler@usdoj.gov

COUNSEL FOR DEFENDANTS

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LOS ANGELES,<br><br>            Plaintiff,<br><br>       v.<br><br>WILLIAM P. BARR, Attorney General of the United States, *et al.*,<br><br>            Defendants. | Case No. 2:18-cv-07347-R-JC<br><br>**ORDER ON JOINT MOTION FOR PARTIAL VACATUR** |

On May 10, 2019, this Court granted the parties' Joint Motion for an Indicative Ruling.  *See* ECF No. 74.  Thereafter, the U.S. Court of Appeals for the Ninth Circuit remanded this case for the limited purpose of enabling the District Court to consider the parties' joint motion for vacatur.  *See* ECF No. 75.  Pending

now before the Court is the parties' Joint Motion to Partially Vacate Judgment Pursuant to Fed. R. Civ. P. 60(b) (the "Joint Motion").  It appearing to the Court that the parties jointly seek this relief, and for the good cause shown in the accompanying Memorandum of Points and Authorities, it is hereby ordered that the Joint Motion is GRANTED.  It is further ordered that the order and injunction entered in this case on February 15, 2019 (ECF No. 62), pursuant to Fed. R. Civ. P. 60(b), and solely to the extent the order and injunction relate to the Gang Suppression Planning Grants Program for Fiscal Year 2018, is hereby VACATED, provided that nothing in this order affects the aspect of the Court's injunction that concerns the Byrne JAG Program.

IT IS SO ORDERED.

Dated:  July 1, 2019

HON. R. GARY KLAUSNER
U.S. District Judge