MICHAEL N. FEUER, SBN 111529
City Attorney
JAMES P. CLARK, SBN 64780
Chief Deputy City Attorney
LEELA A. KAPUR, SBN 125548
Executive Assistant City Attorney
VALERIE L. FLORES, SBN 138572
Managing Senior Assistant City Attorney
MICHAEL DUNDAS, SBN 226930
Deputy City Attorney
DANIA MINASSIAN, SBN 198928
STEVEN H. HONG, SBN 212727
200 North Main Street, City Hall East
Suite 800
Los Angeles, California 90012
mike.dundas@lacity.org
Telephone: (213) 978-8130
Facsimile: (213) 978-8312

MITCHELL A. KAMIN, SBN 202788
NEEMA T. SAHNI, SBN 274240
JESSICA R. HANSON, SBN 313247
Covington & Burling LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067-4643
mkamin@cov.com
Telephone: (424) 332-4800
Facsimile: (424) 332-4749

DAVID M. ZIONTS, *pro hac vice*
IVANO M. VENTRESCA, *pro hac vice*
BENJAMIN L. CAVATARO, *pro hac vice*
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
dzionts@cov.com
Telephone: (202) 662-6000
Facsimile: (202) 662-5987

*Attorneys for Plaintiff City of Los Angeles*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITY OF LOS ANGELES,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM P. BARR, Attorney General of the United States, *et al.*,<br><br>    Defendants. | Case No. 2:18-cv-07347-R-JC<br><br>**CITY OF LOS ANGELES' NOTICE OF MOTION & MOTION FOR PARTIAL SUMMARY JUDGMENT AND PERMANENT INJUNCTION**<br><br>**Judge:** The Honorable R. Gary Klausner<br>**Date:**   November 18, 2019<br>**Time:**   9:00 a.m. |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on November 18, 2019, at 9:00 a.m., or as soon thereafter as counsel may be heard,[1] in the U.S. District Court for the Central District of California, before the Honorable R. Gary Klausner, in Courtroom 850 of the Roybal Federal Building and U.S. Courthouse, located at 255 East Temple Street, Los Angeles, California 90012, Plaintiff City of Los Angeles ("Los Angeles" or "City") will and hereby does move the Court, pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56-1, for partial summary judgment on each of its claims concerning the Fiscal Year ("FY") 2018 Gang Suppression Planning Grants ("Gang Suppression Grant") program, *i.e.*, Counts Five, Six, Seven, and Eight of the City's First Amended Complaint (ECF No. 40), filed on October 10, 2018, against Defendants William P. Barr, in his official capacity as Attorney General of the United States; the United States Department of Justice ("DOJ"), and their officers, agents, servants, and employees; and Katharine Sullivan, in her official capacity as Principal Deputy Assistant Attorney General of the Office of Justice Programs (collectively, "Defendants").

As set forth in the accompanying Memorandum of Points and Authorities, Defendants have placed six unlawful federal civil immigration-related conditions (collectively, the "Conditions") on the recipients and applicants of the FY 2018 Gang Suppression Grant program, several of which have been previously enjoined by this and other courts with respect to other State and local criminal law enforcement grant programs. The unlawful Conditions on the FY 2018 Gang Suppression Grant program force jurisdictions like Los Angeles to make a Hobson's choice: either refuse to certify compliance with the unlawful Conditions and suffer competitive harm, foreclosing their

---

[1] On August 16, 2019, the parties jointly filed a stipulation, request for order, and proposed order setting a briefing schedule and hearing date on, and extending page limitations for, the parties' cross motions for partial summary judgment. *See* ECF No. 81. Should the Court grant the parties' stipulation, the City understands that the Court will set a hearing date in accordance with the schedule set forth therein.

ability to compete for the Gang Suppression Grant on equal footing despite being eligible; or certify compliance with the Conditions, suffering irreparable harm to their sovereignty in being forced to fundamentally alter their community policing practices, as well as irreparable harm in the form of the destruction of hard-earned community trust.

Plaintiff respectfully requests that this Court (1) grant partial summary judgment to Los Angeles on Counts Five, Six, Seven, and Eight of its First Amended Complaint, and enter final judgment pursuant to Federal Rule of Civil Procedure 54(b) on each of those claims; (2) declare that Defendants' actions are *ultra vires* and in violation of the Separation of Powers under the Constitution, in violation of the Spending Clause, and arbitrary and capricious and not in accordance with law in violation of the Administrative Procedure Act; and (3) permanently enjoin Defendants from conditioning, withholding, or delaying FY 2018 Gang Suppression Grant awards on the basis of the six unlawful Conditions.

This Motion is based on this Notice of Motion and Motion, the accompanying supporting Memorandum of Points and Authorities, the accompanying Statement of Uncontroverted Facts, the supporting declarations of Officer Stella Larracas (Officer in Charge of the Los Angeles Police Department's Grants Section) and Assistant Chief Robert N. Arcos (Director of the Office of Operations for the Los Angeles Police Department), all other papers and pleadings on file in this action, and such other written or oral evidence as may be presented at or before the hearing on this Motion. This Motion is made following the conference of counsel pursuant to L.R. 7-3. The parties first conferred by telephone on July 22, 2019, at which time counsel for Defendants stated that Defendants would oppose this Motion and file their own cross-motion for partial summary judgment. The parties exchanged subsequent correspondence regarding a proposed briefing schedule and hearing date on, and extensions of page limitations for, their respective cross-motions for partial summary judgment, culminating in the Stipulation and Request for Order filed jointly by the parties on August 16, 2019, ECF No. 81.

Dated: August 21, 2019

Respectfully Submitted,

By: _____
MICHAEL N. FEUER
City Attorney

MITCHELL A. KAMIN
NEEMA T. SAHNI
JESSICA R. HANSON
Covington & Burling LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067-4643

DAVID M. ZIONTS, *pro hac vice*
IVANO M. VENTRESCA, *pro hac vice*
BENJAMIN L. CAVATARO, *pro hac vice*
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001

JAMES P. CLARK
Chief Deputy City Attorney
LEELA A. KAPUR
Executive Assistant City Attorney
VALERIE L. FLORES
Managing Senior Assistant City Attorney
MICHAEL DUNDAS
Deputy City Attorney
DANIA MINASSIAN
STEVEN H. HONG
200 North Main Street, City Hall East
Room 700
Los Angeles, California 90012
Telephone: (213) 978-8344
Facsimile: (213) 978-8312

*Attorneys for Plaintiff City of Los Angeles*

CITY OF LOS ANGELES' NOTICE OF MOTION & MOTION FOR PARTIAL SUMMARY JUDGMENT AND PERMANENT INJUNCTION