<span style="color:red">**DENIED**</span>
BY ORDER OF THE COURT
WITHOUT PREJUDICE
RGK 08-22-19

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LOS ANGELES,<br><br>  Plaintiff,<br><br>v.<br><br>WILLIAM P. BARR, Attorney General of the United States, *et al.*,<br><br>  Defendants. | Case No. 2:18-cv-07347-R-JC<br><br>**ORDER DENYING WITHOUT PREJUDICE STIPULATION SETTING BRIEFING SCHEDULE AND HEARING DATE ON CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND GRANTING EXTENSIONS ON PAGE LIMITATIONS** |

  On August 16, 2019, the parties submitted a stipulation and request that this Court set the briefing schedule and hearing date, and extend certain page limitations, for the parties' forthcoming cross-motions for partial summary judgment on the City of Los Angeles' ("City") claims regarding the Fiscal Year ("FY") 2018 Gang Suppression Planning Grants Program ("Gang Suppression program").  Having considered the parties' stipulation and request, and for good cause shown, the Court hereby **GRANTS** the parties' proposed briefing schedule and page limit extensions.

  Accordingly, **IT IS HEREBY ORDERED** as follows:

1  Defendants' Consolidated Opposition to the City's Motion for Partial Summary
2  Judgment and Cross-Motion for Partial Summary Judgment shall be filed no later than 30
3  days following service of the City's Motion for Partial Summary Judgment.
4  The City's Consolidated Opposition to Defendants' Cross-Motion for Partial
5  Summary Judgment and Reply in Support of the City's Motion for Partial Summary
6  Judgment shall be due 21 days following service of Defendants' Consolidated Opposition
7  and Cross-Motion.
8  Defendants' Reply in Support of their Cross-Motion for Partial Summary
9  Judgment shall be due 14 days following service of the City's Consolidated Opposition
10 and Reply.
11 A hearing date shall be set on a Monday at least 14 days thereafter, specifically on
12 _____.
13 Further, the requested page limit modifications are hereby adopted. The parties'
14 forthcoming briefs shall be subject to the page limitations set forth below,
15 notwithstanding any contrary Local Rule or standing order of this Court.

| Briefs | Page Limit |
|---|---|
| Memorandum in Support of City's Motion for Partial Summary Judgment | 20 pages |
| Defendants' Consolidated Memorandum in Opposition to City's Motion for Partial Summary Judgment and in Support of Defendants' Cross-Motion for Partial Summary Judgment | 35 pages |
| City's Consolidated Memorandum in Opposition to Defendants' Cross-Motion and Reply in Support of City's Motion | 30 pages |
| Defendants' Reply | 15 pages |

**IT IS SO ORDERED.**

**DENIED**
BY ORDER OF THE COURT
___WITHOUT PREJUDICE___

Dated: August 22, 2019

HON. R. GARY KLAUSNER
U.S. District Judge