JOSEPH H. HUNT
Assistant Attorney General
NICOLA T. HANNA
United States Attorney
BRIGHAM J. BOWEN
Assistant Branch Director
DANIEL D. MAULER (Va. Bar No.: 73190)
Trial Attorney
U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone:  (202) 616-0773
Facsimile:   (202) 616-8470
E-mail:        dan.mauler@usdoj.gov
COUNSEL FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LOS ANGELES,<br><br>                    Plaintiff,<br>      v.<br><br>WILLIAM P. BARR, Attorney General of the United States, *et al*.,<br><br>                    Defendants. | No.  2:18-cv-07347-R-JC<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Judge: The Hon. R. Gary Klausner |

In response to the Plaintiff's Notice of Supplemental Authority (ECF No. 95), Defendants state as follows:

The Defendants are still entitled to summary judgment on all claims regarding the Gang Suppression Grant program. The Defendants' leading argument – that the challenged conditions in the program are authorized by an appropriations act, Pub. L. No. 115-141, 132 Stat. 348, 422-23 (relevant portion attached as Exhibit A) – remains undisturbed by the recent decision in *City of Los Angeles v. Barr*, No. 18-56292, 2019 WL 5608846 (9th Cir. Oct. 31, 2019). In that case, the court passed on the role of 34 U.S.C. § 10102(a)(6) in a *formula* Byrne JAG grant program subject to detailed statutory provisions established by Congress.

The Byrne JAG program's statutory framework is fundamentally different from the Gang Suppression Grant program, which results from (and is authorized under) a line-item, lump-sum congressional appropriation. That appropriation contains the limit of all statutory restrictions upon the Department's discretion in this matter, and the case law is clear that the Department's discretion to administer this program is at its zenith. The Department's Gang Suppression Grant program easily satisfies the requirements of Pub. L. No. 115-141 (including the three relevant statutory provisions incorporated by reference). This is ample authority for the program, and the court need not reach Section 10102(a)(6) to rule in favor of the Defendants.

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 |  |
| 3 | JOSEPH H. HUNT<br>Assistant Attorney General |
| 4 |  |
| 5 | NICOLA T. HANNA<br>United States Attorney |
| 6 |  |
| 7 | BRIGHAM J. BOWEN<br>Assistant Branch Director |
| 8 |  |
| 9 | /s/ Daniel D. Mauler<br>DANIEL D. MAULER |
| 10 | (Va. Bar No.: 73190)<br>Trial Attorney |
| 11 | U.S. Department of Justice |
| 12 | Civil Division - Federal Programs Branch<br>1100 L Street, NW |
| 13 | Washington, D.C. 20005 |
| 14 | Telephone: (202) 202-616-0773<br>Facsimile: (202) 616-8470 |
| 15 | E-mail: dan.mauler@usdoj.gov |
| 16 |  |
| 17 | COUNSEL FOR DEFENDANTS |
| 18 |  |
| 19 |  |
| 20 |  |
| 21 |  |
| 22 |  |
| 23 |  |
| 24 |  |
| 25 |  |
| 26 |  |
| 27 |  |
| 28 |  |