JOSEPH H. HUNT
Assistant Attorney General
NICOLA T. HANNA
United States Attorney
BRIGHAM J. BOWEN
Assistant Branch Director
JOSEPH J. DEMOTT (Va. Bar No. 93981)
Trial Attorney, U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, NW
Washington, D.C.  20005
Telephone:   (202) 514-3367
Facsimile:   (202) 616-8470
E-mail:   joseph.demott@usdoj.gov
COUNSEL FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LOS ANGELES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM P. BARR, Attorney General of the United States, *et al.*,<br><br>　　　　　Defendants. | No.  2:18-cv-07347-JS-JC<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

On May 7, 2020, Plaintiff filed a notice of supplemental authority, ECF No. 103, regarding *City of Chicago v. William P. Barr, et al.*, Nos. 18-2885 & 19-3290, 2020 WL 2078395 (7th Cir. Apr. 30, 2020). In response to Plaintiff's notice, Defendants state as follows:

1
DEFS.' RESPONSE TO PL.'S NOTICE OF SUPPL. AUTHORITY

*City of Chicago* involved conditions on formula grants made through the Edward Byrne Memorial Justice Assistance Grant Program ("Byrne JAG Program"). *See* ECF No. 103 at 1. As Defendants have explained, the statutory framework of the Byrne JAG formula grant program is fundamentally different from that of the Gang Suppression Planning Grant at issue in this case, which is a discretionary grant program that results from (and is authorized under) a line-item, lump-sum congressional appropriation. *See* Defs.' Response to Pl.'s Notice of Suppl. Authority at 2, ECF No. 99; Def.'s Mot. for Partial Summ. J. at 4, 8–9, ECF No. 88. Indeed, the Seventh Circuit repeatedly relied on the formula-grant nature of the Byrne JAG program in finding the challenged conditions *ultra vires*, contrasting formula grants with discretionary grants. *See, e.g.*, 2020 WL 2078395, at \*15 (describing the Attorney General's asserted authority to impose the challenged conditions as "fundamentally inconsistent with the nature of the Byrne JAG grant as a formula grant, located in a separate section of the Act than the discretionary grants"). Accordingly, nothing in *City of Chicago* casts doubt on Defendants' leading argument here—i.e., that the challenged conditions in the Gang Suppression grant program are authorized by an appropriations act, Pub. L. No. 115-141, 132 Stat. 348, 422-23.

Dated: May 22, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

NICOLA T. HANNA
United States Attorney

BRIGHAM J. BOWEN
Assistant Branch Director

/s/ *Joseph J. DeMott*
JOSEPH J. DEMOTT
(Va. Bar No. 93981)
Trial Attorney, U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, NW
Washington, D.C.  20005
Telephone: (202) 514-3367
Facsimile:  (202) 616-8470
E-mail:     joseph.demott@usdoj.gov

COUNSEL FOR DEFENDANTS