FILED

AUG 4 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　Plaintiff-Appellee,<br><br>　v.<br><br>WILLIAM P. BARR, Attorney General; et al.,<br><br>　　　　Defendants-Appellants. | No.　19-15947<br><br>D.C. No. 3:18-cv-05146-WHO<br>Northern District of California,<br>San Francisco |
| STATE OF CALIFORNIA, ex rel, XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>　　　　Plaintiff-Appellee,<br><br>　v.<br><br>WILLIAM P. BARR, Attorney General; et al.,<br><br>　　　　Defendants-Appellants. | No.　19-15950<br><br>D.C. No. 3:18-cv-05169-WHO<br>Northern District of California,<br>San Francisco |

| | |
|---|---|
| STATE OF OREGON; et al., <br><br>　　　　Plaintiffs-Appellees, <br><br>v. <br><br>DONALD J. TRUMP, President of the United States, in his official capacity; et al., <br><br>　　　　Defendants-Appellants. | No.   19-35843 <br><br>D.C. No. 6:18-cv-01959-MC <br>District of Oregon, <br>Eugene |
| CITY OF LOS ANGELES, <br><br>　　　　Plaintiff-Appellee, <br><br>v. <br><br>WILLIAM P. BARR, Attorney General, in his official capacity as Attorney General of the United States; et al., <br><br>　　　　Defendants-Appellants. | No.   19-55314 <br><br>D.C. No. 2:18-cv-07347-R-JC <br>Central District of California, <br>Los Angeles |

| | |
|---|---|
| CITY OF LOS ANGELES, | No. 20-55545 |
| Plaintiff-Appellee, | D.C. No. 2:17-cv-07215-JLS-JC Central District of California, Los Angeles |
| v. | |
| WILLIAM P. BARR, Attorney General; et al., | |
| Defendants-Appellants. | |

These appeals will continue to be held in abeyance. The Clerk is directed to temporarily close the court's dockets for administrative purposes only until December 31, 2020.

At any time before December 31, 2020, any party may request that these appeals be reopened.

This administrative closure is not a decision on the merits and no mandate will issue in connection with this order.

On or before October 15, 2020, counsel are requested to provide the mediator with an email update on the status of related litigation at (stephen_liacouras@ca9.uscourts.gov).

The briefing schedule in Appeal No. 20-55545 is vacated.

FOR THE COURT

By: Stephen Liacouras
Chief Circuit Mediator

sl/mediation