

**FILED**

JAN 14 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CITY OF LOS ANGELES, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> JEFFREY A. ROSEN, Acting Attorney General; et al., <br><br> Defendants-Appellants. | No. 20-55926 <br><br> D.C. No. 2:18-cv-07347-JLS-JC <br> Central District of California, <br> Los Angeles <br><br> ORDER |

The appellants' unopposed motion (Docket Entry No. 12) for voluntary dismissal is granted. This appeal is dismissed. Fed. R. App. P. 42(b).

A copy of this order sent to the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Terri Haugen
Deputy Clerk
Ninth Circuit Rule 27-7

tah/1.11.21/Pro Mo