UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 26 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CITY OF LOS ANGELES,<br><br>        Plaintiff-Appellee,<br><br>v.<br><br>MERRICK B. GARLAND, Attorney General, in his official capacity as Attorney General of the United States; et al.,<br><br>        Defendants-Appellants. | No. 19-55314<br><br>D.C. No. 2:18-cv-07347-R-JC<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Appellants' motion to dismiss this appeal (Docket Entry No. 30) is granted.

Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Stephen M. Liacouras
Chief Circuit Mediator